UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 12  P 3: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CIT Communications Finance Corp. ) | |
| ) | |
| v.    ) | Civil Action No.: 04-mc-10097 |
| ) | |
| Harvard Street Neighborhood    ) | |
| Health Center, Inc.    ) | |

## MOTION FOR APPROVAL OF TRUSTEE ATTACHMENT

Plaintiff CIT Communications Finance Corp. ("CIT") requests the Court issue an order approving attachment of Defendant's funds held in any bank accounts with Fleet Bank, which has a location at 100 Federal Street, Boston, Massachusetts. In support of this motion, CIT relies on the Affidavit of Attorney Elizabeth C. Sackett ("Sackett Aff."), attached hereto as Exhibit A, and states as follows:

1. CIT commenced this action to register a judgment entered against defendant in the United States District Court for the District of New Jersey on April 6, 2004. (Sackett Aff. ¶ 2.)

2. Judgment is for the sum of $84,804.50 in damages and $3,532.18 in costs, with interest form the date of judgment at a rate of 1.22% ($133) and $1,758.00 in costs and attorney's fees associated with satisfying this judgment. (Sackett Aff. 5)

4. To date, Defendant has not paid CIT any amount of the Judgment. (Sackett Aff. ¶ 3)

5. CIT is unaware of any liability insurance policies owned by the Defendants that could satisfy its judgment. (Sackett Aff. ¶ 4.)

BOST1-831790-1

WHEREFORE, CIT requests that this Court grant this motion and approve attachment of the Defendant's bank accounts Fleet Bank, which has a location at 100 Federal Street, Boston, Massachusetts in an amount not exceeding $90,227.68. A completed Trustee Execution is attached for the Court's convenience.

> The Plaintiff,
> **CIT Communications Finance Corp.**
>
> By its attorneys,
> **ROBINSON & COLE LLP**
>
> _____
> Elizabeth C. Sackett, BBO # 633649
> One Boston Place
> Boston, MA 02108
> (617) 557-5900

Dated: July 9, 2004

## CERTIFICATE OF SERVICE

I, Elizabeth C. Sackett, hereby certify that on this 9th day of July, 2004, I served a copy of the within document, via first-class mail, to:

Harvard Street Neighborhood Health Center
632 Blue Hill Avenue
Dorchester, MA  02121

_____
Elizabeth C. Sackett

- 2 -