UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIT Communications Finance Corp. )<br>)<br>v. )<br>)<br>Harvard Street Neighborhood )<br>Health Center, Inc. ) | FILED<br>CLERKS OFFICE<br><br>2004 JUL 12 P 3: 34<br><br>Civil Action No.: 04-mc-10097<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

**AFFIDAVIT OF ATTORNEY ELIZABETH C. SACKETT IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF TRUSTEE ATTACHMENT**

I, Elizabeth C. Sackett, hereby depose and state as follows:

1. I am attorney to the plaintiff CIT Communications Finance Corp. ("CIT") in the above-captioned matter.

2. CIT commenced this action against Harvard Street Neighborhood Health Center, Inc. ("Harvard Street") on April 6, 2004 to register a judgment entered in the United States District Court for the District of New Jersey ("New Jersey Judgment").

3. To date, Harvard Street has not paid CIT any amount due under the Judgment.

4. CIT is unaware of any liability insurance policies owned by Harvard Street that could satisfy its judgment.

5. CIT has incurred $1,758.00 in fees and costs associated with registering the New Jersey Judgment.

Signed under the pains and penalties of perjury this 9th day of July, 2004.

Elizabeth C. Sackett

BOST1-831792-1

- 2 -

## CERTIFICATE OF SERVICE

I, Elizabeth C. Sackett, hereby certify that on this 9th day of July, 2004, I served a copy of the within document, via first-class mail, to:

Harvard Street Neighborhood Health Center
632 Blue Hill Avenue
Dorchester, MA  02121

Elizabeth C. Sackett