# ROBINSON & COLE LLP



FILED
[illegible] OFFICE

2004 JUL 16 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

JEANNE M. LUCHETTE
Paralegal

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
jluchette@rc.com
Direct (617) 557-5939

July 15, 2004

Deborah Keefe
U.S.D.C. for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
Boston, MA 02210

Re: **CIT Communications Finance Corp. v. Harvard Street Neighborhood Health Center, Inc.**
**U.S.D.C. C.A. No. 04-mc-10097**

Dear Ms. Keefe:

Pursuant to our conversation yesterday, I have enclosed the revised version of the Writ of Execution that was filed on July 12, 2004.

Please call me with any questions.

I appreciate your help with this.

Sincerely,

Jeanne M. Luchette

Enclosure

cc:   Elizabeth C. Sackett, Esq.

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

www.rc.com    BOST1-833060-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE EXECUTION                                    MBD NO. __04-MC-10097__

To the United States Marshal for the District of Massachusetts or either of her Deputies and to _____Suvalle Jodrey & Associates__, Special Process Server:

WHEREAS __CIT Communications Finance Corp.__ has recovered judgment against __Harvard Street Neighborhood Health Center, Inc.__ on the 26th day of __February__, __2004__, in the United States District Court for the __District of New Jersey__ for the sum of $ __$88,336.68__, debt or damage, pre-judgment interest in the amount of $__000__, and costs of this suit in the amount of $__000__; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of __Fleet Bank__ of __100 Federal Street, Boston, MA__ trustee of the Judgment Debtor, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severely, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $88,336.68 in the whole, with interest thereon at the rate of __1.23%__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ____ day of _____, 20____.

                                                      TONY ANASTAS
                                                     CLERK OF COURT

SEAL

                                      By:_____
                                          Deputy Clerk

BOST1-824532-1