*Commonwealth of Massachusetts*

Trustee Execution

MBD No. 04-MC-10097

CIT Communications Finance Corp.

Plaintiff(s)

vs.

Answer of the Garnishee
Fleet National Bank

Harvard Street Neighborhood Health Center, Inc.

Defendant(s)

and

Fleet National Bank

Trustee

---

And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Harvard Street Neighborhood Health Center, Inc.

Signed under the pains and penalties of perjury.

Fleet National Bank

By: [signature]    Date: 8/4/04

Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502