UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIT Communications Finance Corp. )<br>                 Plaintiff,   )<br>v.                                 )<br>                                  )<br>Harvard Street Neighborhood   )<br>Health Center, Inc.              )<br>               Defendant.    ) | Civil Action No.: 04-mc-10097 |

### EX PARTE MOTION FOR APPROVAL OF TRUSTEE ATTACHMENT

Plaintiff CIT Communications Finance Corp. ("CIT") requests the Court issue an order approving attachment of Defendant's funds held in any bank accounts with Sovereign Bank, which has a branch located at 57 Freeport Street, Dorchester, Massachusetts. In support of this motion, CIT relies on the Affidavit of Attorney Elizabeth C. Sackett ("Sackett Aff."), filed herewith, and states as follows:

1.    CIT commenced this action to register a judgment entered against Defendant in the United States District Court for the District of New Jersey on April 6, 2004. (Sackett Aff. ¶ 2.)

2.    Judgment is for the sum of $88,336.68, with interest from the date of judgment at a rate of 1.23%. (Sackett Aff. ¶ 5.)

4.    To date, Defendant has not paid CIT any amount under the Judgment. (Sackett Aff. ¶ 3.)

5.    CIT is unaware of any liability insurance policies owned by the Defendant that could satisfy its judgment. (Sackett Aff. ¶ 4.)

WHEREFORE, CIT requests that this Court grant this motion and approve attachment of the Defendant's bank accounts with Sovereign Bank, which has a branch located at 57 Freeport

BOST1-837617-2

Street, Dorchester, Massachusetts in an amount not exceeding $88,336.68 with interest thereon at the rate of 1.23% from the date of rendition of said judgment. A completed Trustee Summons is attached for the Court's convenience.

                                        The Plaintiff,
**CIT Communications Finance Corp.**

By its attorneys,
**ROBINSON & COLE LLP**

_____
Elizabeth C. Sackett, BBO # 633649
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: September 21, 2004