UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE EXECUTION                           MBD NO. __04-MC-10097__

  To the United States Marshal for the District of Massachusetts or either of her Deputies and to _____Suvalle Jodrey & Associates_____, Special Process Server:

  WHEREAS __CIT Communications Finance Corp.__ has recovered judgment against __Harvard Street Neighborhood Health Center, Inc.__ on the 26th day of __February__, __2004__, in the United States District Court for the __District of New Jersey__ for the sum of $__$88,336.68__, debt or damage, pre-judgment interest in the amount of $__000__, and costs of this suit in the amount of $__000__; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of __Sovereign Bank__ of __57 Freeport Street, Dorchester, MA__ trustee of the Judgment Debtor, as to us appears of record, whereof this First Execution remains to be done,

  WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severely, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $88,336.68 in the whole, with interest thereon at the rate of __1.23%__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

  HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

  Dated this ____ day of _____, 20_____.

                TONY ANASTAS
                CLERK OF COURT

  SEAL

              By:_____
                Deputy Clerk

BOST1-824532-1