UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIT Communications Finance Corp. )<br>        Plaintiff,     )<br>v.                               )<br>                                )<br>Harvard Street Neighborhood   )<br>Health Center, Inc.              )<br>        Defendant.   ) | Civil Action No.: 04-mc-10097 |

### AFFIDAVIT OF ATTORNEY ELIZABETH C. SACKETT IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF TRUSTEE ATTACHMENT

I, Elizabeth C. Sackett, hereby depose and state as follows:

1. I am attorney to the plaintiff CIT Communications Finance Corp. ("CIT") in the above-captioned matter.

2. CIT commenced this action against Harvard Street Neighborhood Health Center, Inc. ("Harvard Street") on April 6, 2004 to register a judgment entered in the United States District Court for the District of New Jersey ("New Jersey Judgment"). Attached hereto as Ex. A.

3. To date, Harvard Street has not paid CIT any amount due under the Judgment.

4. CIT is unaware of any liability insurance policies owned by Harvard Street that could satisfy its judgment.

Signed under the pains and penalties of perjury this 21st day of September, 2004.

                                                          Elizabeth C. Sackett

Date: September 21, 2004