# Sovereign Bank

04-CITRUSTEE'S ANSWER                                           EFFECTS

**THE COMMONWEALTH OF MASSACHUSETTS**
**UNITED STATES DISTRICT COURT**

CIVIL ACTION
#04-10097

CIT Communications Finance Corp

v.

Harvard Street Neighborhood Health Center

**ANSWER OF ALLEGED TRUSTEE**

And now Sovereign Bank, summoned as trustee of the principal defendant **Harvard Street Neighborhood Health Center**, in the above-entitled action, and appears by Susan R. Davison, its Manager, and makes answer that it had in its hand subject to attachment the sum of **Eighty Eight Thousand Three Hundred Thirty Six Dollars and Sixty Eight Cents ($88,336.68)** standing in the name of **Harvard Street Neighborhood Health Center.** Of this the said Susan R. Davison submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

Sovereign Bank

By: _____Susan R. Davison_____
**Susan R. Davison**
Manager
Mail Stop MA1 MB3 02 10
P. O. Box 841005
Boston, MA 02284
Phone (617) 533-1789
Fax (617) 533-1931

December 3, 2004