UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIT Communications Finance Corp. ) | |
| ) | |
| v.                                ) | Civil Action No.: 04-mc-10097 |
| ) | |
| Harvard Street Neighborhood       ) | |
| Health Center, Inc.               ) | |

## MOTION TO CHARGE TRUSTEE

Sovereign Bank has answered the trustee summons that this court issued and responded that it holds $88,336.68 subject to attachment in the name of Harvard Street Neighborhood Health Center, Inc.

WHEFORE, CIT Communications Finance Corp requests that this court charge Harvard Street Neighborhood Health Center, Inc. upon the answer filed.

**Plaintiff, CIT COMMUNICATIONS FINANCE CORP.**

By its attorneys,
**ROBINSON & COLE**

_____
Elizabeth C. Sackett, BBO 633649
One Boston Place, 25th Floor
Boston, MA  02108-5151
(617) 557-5900

Dated: December 7, 2004

BOST1-844540-1

## CERTIFICATE OF SERVICE

I, Elizabeth C. Sackett, hereby certify that on this 7th day of December, 2004, I served a copy of the within document upon counsel of record, via U.S. Mail:

Susan R. Davidson
Manager
Sovereign Bank
Mail Stop MAIMB30210
P.O. Box 841005
Boston, MA  02284

Harvard Street Neighborhood Health Center
632 Blue Hill Avenue
Dorchester, MA  02121

_____
Elizabeth C. Sackett