UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORP., <br>     Plaintiff, <br><br> v. <br><br> HARVARD STREET NEIGHBORHOOD HEALTH CENTER, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 04-mc-10097 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Denzil D. McKenzie and Deanna M. Silva as counsel for the Defendant, Harvard Street Neighborhood Health Center, Inc. and serve us with all notices, orders and other filings entered by the Court.

                                                  Respectfully submitted,
                                                  Harvard Street Neighborhood Health
                                                  Center, Inc.,
                                                  By their attorney,

Dated: January 3, 2005

                                                  Denzil D. McKenzie (BBO# 336420)
                                                  Deanna M. Silva (BBO# 652020)
                                                  McKenzie & Associates, P.C.
                                                  44 School Street, Suite 1100
                                                  Boston, MA  02108
                                                  (617) 723-0400

## CERTIFICATE OF SERVICE

    I, Denzil D. McKenzie, do hereby certify that on this date I served a copy of the forgoing NOTICE OF APPEARANCE on all counsel of record to this matter by sending same via first class mail, postage pre-paid, to:

        Elizabeth C. Sackett, Esq.
        Robinson & Cole, LLP
        One Boston Place
        Boston, MA  02108

Dated:  January 3, 2005

                                          Denzil D. McKenzie