UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIT Communications Finance Corp. )<br>)<br>v.                                                     )<br>)<br>Harvard Street Neighborhood       )<br>Health Center, Inc.                            ) | Civil Action No.: 04-mc-10097 |

### NOTICE OF SATISFACTION OF JUDGMENT

The plaintiff, CIT Communications Finance Corp., gives notice that the judgment entered against the defendant Harvard Street Neighborhood Health Center, Inc. in the above-captioned matter has been satisfied.

**Plaintiff,
CIT COMMUNICATIONS FINANCE CORP.**

By its attorneys,
**ROBINSON & COLE**

_____
Elizabeth C. Sackett, BBO 633649
One Boston Place, 25th Floor
Boston, MA  02108-5151
(617) 557-5900

Dated:  January 12, 2005

BOST1-847516-1