UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE EXECUTION**              MBD NO. __04-MC-10097__

To the United States Marshal for the District of Massachusetts or either of her Deputies and to _____Suvalle Jodrey & Associates__, Special Process Server:

WHEREAS __CIT Communications Finance Corp.__ has recovered judgment against __Harvard Street Neighborhood Health Center, Inc.__ on the 26th day of __February__, __2004__, in the United States District Court for the __District of New Jersey__ for the sum of $ __$88,336.68__, debt or damage, pre-judgment interest in the amount of $__000__, and costs of this suit in the amount of $__000__; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of __Sovereign Bank__ of __57 Freeport Street, Dorchester, MA__ trustee of the Judgment Debtor, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severely, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $88,336.68 in the whole, with interest thereon at the rate of __1.23%__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 5th day of __January__, 20 05.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

BOST1-824532-1

# PROOF OF SERVICE OF PROCESS

I, hereby certify and return that on **JANUARY 5**, 2005, I served a copy of the within summons upon the within-named Trustee, **SOVEREIGN BANK** in the following manner:

by handing a true and attested copy thereof to **MR. JOHN GOMES**

it's **SENIOR OPERATIONAL SPECIALIST** and Duly Authorized Agent. Said service was made at **1:20** o'clock in the **AFTERNOON**. Said service was made at Number **2 MORRISSEY BLVD., DORCHESTER**, Massachusetts.

Dated: **JANUARY 5**, 2005

Fee: Service     $40.00

~~Constable and~~
**Court Appointed Process Server**

Afterward, on the same day I mailed, via U.S. First Class Mail, a true and attested copy of this Trustee summons with my Proof of Service endorsed thereon, to the said Defendant (s) at his / her or their last and usual place of abode or business as stated within...

**HARVARD STREET NEIGHBORHOOD HEALTH CENTER, INC., 632 BLUE HILL AVE., DORCHESTER, MA. 02121**
**AND C/O DENZIL MCKENZIE, ESQ., MCKENZIE & ASSOCIATES, P.C., 44 SCHOOL ST., BOSTON, MA. 02108**

Fee: Service     $8.00

Total Fees     $48.00

~~Constable and~~
**Court Appointed Process Server**

**N. B. to Process Server:**

(1) Promptly after the service of the Trustee Summons upon the Trustee or Trustees, a copy of the Trustee summons with your return must be served upon the Defendant in the manner provided by Rule 5.

(2) Please place date you make service on Trustee in this box on the original and on copy served on Trustee and copy to attorney for Plaintiff.

Also served:
- cover letter
- copy of Answer of Alleged Trustee
- copy of the court's docket sheet

Date Served: **JANUARY 5**, 2005

---

Suvalle, Jodrey & Associates
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA  02109

Telephone # (617) 720-5733
Fax #        (617) 720-5737