UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE EXECUTION                MBD NO. 04-MC-10097

To the United States Marshal for the District of Massachusetts or either of her Deputies and to ___**Suvalle Jodrey & Associates**___, Special Process Server:

WHEREAS ___**CIT Communications Finance Corp.**___ has recovered judgment against ___**Harvard Street Neighborhood Health Center, Inc.**___ on the 26th day of ___**February**___, ___**2004**___, in the United States District Court for the ___**District of New Jersey**___ for the sum of $ ___**$88,336.68**___, debt or damage, pre-judgment interest in the amount of $___**000**___, and costs of this suit in the amount of $___**000**___; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of ___**Sovereign Bank**___ of ___**57 Freeport Street, Dorchester, MA**___ trustee of the Judgment Debtor, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severely, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $88,336.68 in the whole, with interest thereon at the rate of ___**1.23%**___ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at ___**Boston**___, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 5th day of ___January___, 20 05.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

BOST1-824532-1

# PROOF OF SERVICE OF PROCESS

I, hereby certify and return that on __JANUARY    5__, 2005, I served a copy of the within summons upon the within-named Trustee, __SOVEREIGN BANK__ in the following manner:

by handing a true and attested copy thereof to __MR. JOHN GOMES__

it's __SENIOR OPERATIONAL SPECIALIST__ and Duly Authorized Agent. Said service was made at __1:20__ o'clock in the __AFTERNOON__. Said service was made at Number __2 MORRISSEY BLVD., DORCHESTER__, Massachusetts.

Dated: __JANUARY    5__, 2005

Fee: Service    $40.00

*(signature)*
~~Constable and~~
**Court Appointed Process Server**

Afterward, on the same day I mailed, via U.S. First Class Mail, a true and attested copy of this Trustee summons with my Proof of Service endorsed thereon, to the said Defendant (s) at his / her or their last and usual place of abode or business as stated within...

__HARVARD STREET NEIGHBORHOOD HEALTH CENTER, INC., 632 BLUE HILL AVE., DORCHESTER, MA. 02121__
__AND C/O DENZIL MCKENZIE, ESQ., MCKENZIE & ASSOCIATES, P.C., 44 SCHOOL ST., BOSTON, MA. 02108__

Fee: Service    $8.00

Total Fees    $48.00

*(signature)*
~~Constable and~~
**Court Appointed Process Server**

N. B. to Process Server:

(1) Promptly after the service of the Trustee Summons upon the Trustee or Trustees, a copy of the Trustee summons with your return must be served upon the Defendant in the manner provided by Rule 5.

(2) Please place date you make service on Trustee in this box on the original and on copy served on Trustee and copy to attorney for Plaintiff.

Also served:
- cover letter
- copy of Answer of Alleged Trustee
- copy of the court's docket sheet

Date Served: __JANUARY    5__, 2005

---

Suvalle, Jodrey & Associates  
Massachusetts Constables since 1925

One Devonshire Place  
Boston, MA  02109

Telephone # (617) 720-5733  
Fax #    (617) 720-5737